**FILED**

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0402

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ALISON BETH CARTER-BRUEGGEMAN<br>Appellant/Defendant | CASE NO. DA-24-0402 |
| -vs-<br><br>STATE OF MONTANA,<br>　　　　　　Appellee/Plaintiff | **ORDER – TO FILE AMENDED APPELLANT BRIEF** |

Upon Defendant/Appellant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Defendant / Appellant is granted an ORDER TO AMEND APPELLANT'S OPENING BRIEF.

ELECTRONICALLY DATED AND SIGNED BELOW.

CC:　D/A Stevenson
　　　P/A Ravalli County Attorney's Office
　　　　Montana Attorney General's Office

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024